IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT KUMVACHIRAPITAG,<br><br>    Plaintiff,<br><br>  v.<br><br>BILL GATES, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04405 JSW<br>No. C 11-04510 JSW<br><br>**ORDER DENYING THIRD ATTEMPT TO AMEND COMPLAINT** |

     On October 12, 2011 the Court dismissed and entered judgment on Plaintiff's related actions on the basis that it was impossible to discern from Plaintiff's two amended complaints many of the essential details of the events that triggered the lawsuit, the legal theories under which he seeks relief, or the causes of action against any particular named defendant. The Court found that Plaintiff had failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. In addition, Plaintiff, a North Carolina resident, had failed to indicate why these related lawsuits should proceed in this jurisdiction.

     On October 25, 2011, the Court received what appears to be a third attempt to amend the related complaints in these matters. The third attempt is just as unclear as the former two. To the extent Plaintiff submitted the amendments as a motion to amend the complaint, the motions

1  are DENIED.  This matter has been, and remains, DISMISSED.

3  **IT IS SO ORDERED.**

4  Dated:  November 1, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUKIT KUMVACHIRAPITAG,

    Plaintiff,

 v.

BILL GATES et al,

    Defendant.
                                      /

Case Number: CV11-04405 JSW
CV11-04510 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sukit Kumvachirapitag
4947 Wrye Branch Road
Newton Grove, NC 28366

Dated: November 2, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3