<b>United States District Court</b><br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT KUMVACHIRAPITAG,<br><br>    Plaintiff,<br><br>  v.<br><br>BILL GATES, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04405 JSW<br>No. C 11-04510 JSW<br><br>**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |

After issuing orders granting leave to amend and requiring Plaintiff to state a cognizable legal claim, and after receiving three attempts to state a claim, on November 2, 2011, this Court dismissed the two related cases without prejudice.

On November 2, 2011, this Court received a notice of appeal and an application to proceed *in forma pauperis* on appeal for both related cases. The Court finds Plaintiff has not stated a cognizable claim and finds the appeals are not taken in good faith. Therefore, the application to proceed *in forma pauperis* on appeal is DENIED in both related matters.

**IT IS SO ORDERED.**

Dated: November 7, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUKIT KUMVACHIRAPITAG,

    Plaintiff,

v.

BILL GATES et al,

    Defendant.
    _____/

Case Number: CV11-04405 JSW
CV11-04510 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sukit Kumvachirapitag
4947 Wrye Branch Road
Newton Grove, NC 28366

Dated: November 7, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk